UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED JAN 11 2022
CLERK

Kayleb Daonta Williams

name of plaintiff(s)

CIVIL ACTION

versus

NO. _____ )

Baton Rouge Police Department
(BRPD)

name of defendant(s)

## COMPLAINT

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U. S. Constitutional provisions, if you know them):

   emotional distress, harassment, defamation of character, slander, libel, improper investigation, false accusation, false imprisonment

2. Plaintiff, Kayleb Williams resides at

   9848 Olympic Avenue , Baton Rouge ,
   street address                              city

   EBR , La , 70814   225-931-3903
   parish    state   zip code   telephone number

   (if more than one plaintiff, provide the same information for each plaintiff below)

3. Defendant, Baton Rouge Police Department lives at, or its business is located at 9000 Airline Highway ,
   street address

   Baton Rouge , EBR , La ,
   city           parish      state

   70815 , 225-389-2000 .
   zip code  telephone number

(if more than one defendant, provide the same information for each defendant below)

4. Statement of claim ( State as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

BRPD harrassed and searched my family members homes without proper or cause or warrants, ~~advertised me on the news as a 1st degree attempted murderer, i~~ Requested help from public via WAFB with false accusation of attempted 1st degree murder

5. Prayers for Relief (list what you want the Court to do):

a. punative damages

b. liquidated damages

c. reimbursement of any fees for

d. plaintiff in the matter incl. legal

I (we) hereby certify under penalty of perjury that the above petition is true to the best of my (our) information, knowledge, and belief.

Signed this 10th day of January, 20 22

Kaleb Williams
9848 Olympic Ave
B.R. La 70814

(signature of plaintiff (s))

225-304-1221