UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

KAYLEB DAONTA WILLIAMS

VERSUS

BATON ROUGE POLICE DEPARTMENT

CIVIL ACTION

NO. 22-27-JWD-EWD

## OPINION

On February 6, 2023, the Magistrate Judge recommended dismissal of this claim without prejudice for failing to follow the Court's order to file an amended complaint (Doc. 6) even though he was granted an extension until January 6, 2023 to do so (Doc. 9), failing to follow the Court's order paying the filing fee (Doc. 10), and for failing to keep the Court apprised of his current address.(Doc. 12) In his pleading filed on February 23, 2023, which the Court construes as an objection to the Magistrate Judge's Report and Recommendation, Plaintiff explains extenuating circumstances regarding his failure to advise the Court of his current address and asks for three months to "extend time for requested correspondence and compliance with court orders". A review of the record shows that Plaintiff still has not paid the filing fee as required by the Court's order of dated November 21, 2022 (Doc. 10) despite having been given a previous extension of time until January 6, 2023 time to do so. Therefore, the Court overrules the objection, and the case is dismissed without prejudice.

**IT IS ORDERED** that the dismissal is WITHOUT PREJUDICE to Plaintiff's right to seek reinstatement of this action within thirty days of the date of this Opinion upon a showing by Plaintiff of good cause.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>March 3, 2023</u>.

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**